IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRANDON C. GILLREATH,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4649

Opinion filed November 4, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Brandon C. Gillreath, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for belated appeal is denied as untimely. <u>See</u> Fla. R. App. P. 9.141(c)(5)(A).

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.